185 F.2d 676
 George Palen SNOW and Carmel Snow, Appellees,
v.
Joseph P. MARCELLE, Collector of Internal Revenue, Appellant.
 No. 68, Docket 21777.
 United States Court of Appeals Second Circuit.
 Argued Dec. 6, 1950.
Decided Dec. 22, 1950.
 
 Frank J. Parker, U.S. Atty., Brooklyn, N.Y., Theron L. Caudle, Asst. Atty. Gen., Washington, D.C., Frederic G. Rita, Sp. Asst. to Atty. Gen. (Ellis N. Slack, A. F. Prescott, Sp. Assts. to Atty. Gen., of counsel), for appellant.
 Charles Korn, New York City, for appellees.
 Before L. HAND, SWAN and CHASE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed upon Judge Kennedy's opinion in the District Court, 90 F.Supp. 37.